# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D23-1255
LT Case No. 2015-CF-1885-A

_____

DEVRAUGHNE TERRELL OWENS,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

3.850 appeal from the Circuit Court for Duval County.
Tatiana Salvador, Judge.

Ryan Edward McFarland, of Kent & McFarland, Jacksonville,
for Appellant.

Ashley Moody, Attorney General, and Miranda L. Butson,
Assistant Attorney General, Tallahassee, for Appellee.

December 12, 2023

PER CURIAM.

AFFIRMED.

WALLIS, JAY, and KILBANE, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____